*Ridgely* and *Miller* for plaintiff. *Read, Vining* and *Bayard* for defendants.

### RODNEY v. CUMMINS.

Supreme Court.   Kent.   October, 1797.

*Bayard's Notebook, 210.*

In order to take the case out of the Act of Limitations, one David Smith was examined as a witness for plaintiff, who said he had some talk the other day with the defendant, who asked him if he forewarned the Sheriff from taking the corn and talked to him about Guy's taking the corn and said it grew upon Hart-field.

This evidence the Court held a sufficient acknowledgment of the cause of action to take the case out of the Act of Limitations.

*Fisher* and *Bayard* for plaintiff. *Ridgely* for defendant.